IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No.  03-cv-01589-WYD-OES

GENERAL FIBER COMMUNICATIONS, INC.,

     Plaintiff(s),

v.

RF CELLUTIONS, LLC, d/b/a RF SOLUTIONS, INC.,
LOUIS A. OTTO,
KURT BLUM GRANTOR TRUST, and
KURT BLUM,

     Defendant(s).

_____

**ORDER**
_____

     This matter is before the Court on Defendants' Amended Motion for Summary Judgment and Brief in Support Thereof, filed on November 1, 2004,[1] Plaintiff's Motion for Partial Summary Judgment, filed May 2, 2005, Defendants' Renewed Motion to Vacate Trial Date, filed May 23, 2005, and upon a hearing to vacate trial date, held Friday, July 22, 2005.  Through their motion, Defendants generally assert that summary judgment is appropriate on Plaintiff's claims because any attempted assignment of the promissory note at issue was rendered null and void by the note's non-assignment covenant.  Conversely, through its motion, Plaintiff moves for partial summary judgment on its claims for breach of promissory note against RF CELLutions, LLC, d/b/a RF Solutions, Inc., breach of contract against Louis Otto and the Kurt Blum Grantor Trust,

_____

     [1]Defendants' Motion for Summary Judgment and Brief in Support Thereof, filed October 18, 2004, was stricken with leave to refile in compliance with the Court's Hearing, Conference and Trial Procedures by Minute Order dated October 19, 2004.

and unjust enrichment against RF CELLutions, LLC, and the Kurt Blum Grantor Trust. Upon my careful review of the parties' respective motions and of the numerous exhibits submitted in support of the motions, I conclude that genuine issues of material fact exist regarding the matters raised by those motions.  Therefore, I find the Court must deny Defendants' Motion for Summary Judgment and Plaintiff's Motion for Partial Summary Judgment.

As for Defendants' Motion to reset the trial date set for September 12, 2005, I find that a ruling on that motion should be deferred until the settlement conference, set for August 16, 2005 at 1:30 p.m., is completed.  Accordingly, it is

ORDERED that Defendants' Amended Motion for Summary Judgment and Brief in Support Thereof, filed on November 1, 2004, is **DENIED**.  It is

FURTHER ORDERED that Plaintiff's Motion for Partial Summary Judgment, filed May 2, 2005, is **DENIED**.  It is

FURTHER ORDERED that this Court's ruling on Defendants' Renewed Motion to Vacate Trial Date, filed May 23, 2005, is **DEFERRED**.  In accordance with the foregoing, it is

FURTHER ORDERED that a status conference is set for **Tuesday, August 16, 2005, at 3:30 p.m.**, during which the Court will again hear argument from the parties' counsel regarding the propriety of Defendants' Renewed Motion to Vacate Trial Date and discuss the overall status of the case.  It is

FURTHER ORDERED that the principal client representatives for both parties be present for the foregoing August 16, 2005 status conference.

Dated:  July 27, 2005

BY THE COURT:

s/ Wiley Y. Daniel_____
Wiley Y. Daniel
U. S. District Judge