IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No.  03-cv-1589-WYD-MEH

GENERAL FIBER COMMUNICATIONS, INC.,

    Plaintiff,

v.

RF CELLUTIONS, LLC, d/b/a RF SOLUTIONS, INC.;
LOUIS A. OTTO;
KURT BLUM GRANTOR TRUST; and
KURT BLUM,

    Defendants.
_____

### ORDER OF DISMISSAL
_____

    The parties filed a Stipulated Motion for Dismissal with Prejudice [# 129] on April 21, 2006.  After review of the Motion and the file, the court concludes that the Motion should be granted and the case should be dismissed with prejudice.  Accordingly, it is

    ORDERED that the Stipulated Motion for Dismissal with Prejudice is **GRANTED**. It is

    FURTHER ORDERED that this case is **DISMISSED WITH PREJUDICE**, each party to pay his or its own costs and attorney's fees.

    Dated:  April 24, 2006

                                BY THE COURT:

                                s/ Wiley Y. Daniel
                                Wiley Y. Daniel
                                U. S. District Judge